UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN C. MENA, ) | |
| ) | |
| Petitioner, ) | No. EDCV 11-797 RSWL (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| FERNANDO GONZALEZ, WARDEN, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| _____ ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: October 3, 2011

_RONALD S.W. LEW_
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge