UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN C. MENA, | Case No.  EDCV 11-797-RSWL (AJW) |
| Petitioner, | |
| v. | |
| | JUDGMENT |
| FERNANDO GONZALEZ, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: October 3, 2011

    RONALD S.W. LEW
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge